**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

CHRISTIAN JOHN KENDALL,

      Plaintiff,                           Case No.: 1:26-cv-04405

v.                                    Judge Joan H. Lefkow

THE PARTNERSHIPS AND UNINCORPORATED      Magistrate Judge Gabriel A. Fuentes
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

## <u>DECLARATION OF CHRISTIAN JOHN KENDALL</u>

I, CHRISTIAN JOHN KENDALL, declare and state as follows:

1.      This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2.      I am the artist that creates the Christian Kendall Works. I make this declaration from matters within my knowledge save where otherwise stated.

3.      I am an artist who creates artwork inspired by popular films and television shows. My professional journey began over thirty-five years ago when I earned a diploma in graphic design for drawing and illustration. Throughout the years, I accumulated extensive experience across various design sectors, including agency work, point-of-sale marketing for retail, and the signage industry. My current artistic focus lies in digital vector graphics, utilizing Adobe Illustrator and Photoshop to achieve vibrant and precise details. My designs are available for purchase on apparel, phone cases, stickers, wall art, home décor, stationery, and accessories.

1

4.      I am the official source of products associated with the Christian Kendall Works (the "Christian Kendall Products"):

https://www.redbubble.com/people/purakushi/shop

5.      I am the owner of the copyright registrations for the Christian Kendall copyrighted works, which are protected by United States Copyright Registration Nos. VA 2-461-981; VA 2-461-965; VA 2-461-955; VA 2-461-964; VA 2-461-960; and VA 2-461-938 (the "Christian Kendall Works").

6.      Monetary damages alone cannot adequately compensate me for the ongoing infringement because monetary damages fail to address the loss of control of and damage to my reputation, goodwill, and control over the nature of the derivative works made using my copyrighted material. Furthermore, monetary damages are difficult, if not impossible,

2

to completely ascertain due to the inability to fully quantify the monetary damage caused to my reputation and goodwill by acts of infringement.

7. My goodwill and reputation are irreparably damaged when the Christian Kendall Works are used on unauthorized goods. I am further irreparably harmed by the unauthorized use of the Christian Kendall copyrighted materials because infringers take away my ability to control the nature and quality of products bearing the Christian Kendall Works and derivative works.

8. I am further irreparably damaged due to a loss of exclusivity. The copyright rights in the Christian Kendall Works are meant to be exclusive rights.

9. The marketing and distribution of the Christian Kendall Works and derivative works are aimed at growing and sustaining sales. When infringers use the Christian Kendall Works without authorization, the exclusivity associated with the Christian Kendall Works, as well as my reputation, are damaged and eroded, resulting in a loss of unquantifiable future sales.

10. Uncontrolled profiteering and pirating of the Christian Kendall Works create the impression that the copyright rights associated with the Christian Kendall Works may be infringed with impunity. The Christian Kendall Works are distinctive and signify to consumers that the products are authorized by me and are manufactured to my high-quality standards. When infringers use the Christian Kendall Works on goods without authorization, the exclusivity of my products and reputation are damaged and eroded, resulting in a loss of unquantifiable future sales. The devaluing of the intellectual property associated with the Christian Kendall Works cannot be compensated for financially since it erodes my ability to monetize the Christian Kendall Works.

3

11. I will suffer immediate and irreparable injury, loss, or damage if a permanent injunction is not issued as part of the final judgment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 10, 2026.

Christian John Kendall

_____

Christian John Kendall

4