**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**


Christian John Kendall

                                  Plaintiff,

v.                                          Case No.:
                                          1:26–cv–04405

                                          Honorable Joan H.
                                          Lefkow

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                  Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Thursday, June 11, 2026:

       MINUTE entry before the Honorable Joan H. Lefkow: Plaintiff's motion for entry of default and judgment by default is entered and continued until plaintiff demonstrates the reasonably diligent efforts it has made to ascertain each defendant 9;s address so the court may be confident that the defendants have been served. See Kangol LLC v. Hangzhou Chuanyue Silk Imp. & Exp. Co., No. 25–2205, 2026 WL 1502198, at *5 (7th Cir. May 29, 2026). The Hague Convention prohibits service by email in China. Id. Mailed notice (ags)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.