**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Christian John Kendall

                        Plaintiff,

v.

                        Case No.:
                        1:26–cv–04405

                        Honorable Joan H. Lefkow

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                        Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 23, 2026:

      MINUTE entry before the Honorable Joan H. Lefkow: No appearance on 6/24/2026 is necessary. Plaintiff shall file a supplemental brief addressing Kangol LLC v. Hangzhou Chuanyue Silk Imp. & Exp. Co., No. 25–2205, 2026 WL 1502198, *1 (7th Cir. May 29, 2026) and explaining, for each defendant on Schedule A, what efforts plaintiff undertook to determine that specific defendant's address and why such efforts were reasonably diligent. Plaintiff's supplemental brief is due by 7/21/2026. The status hearing is reset to 8/5/2026 at 9:30 a.m. in courtroom 2201. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.