**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHRISTIAN JOHN KENDALL, | Case No.: 1:26-cv-04405 |
| Plaintiff, | Judge Joan H. Lefkow |
| v. | Magistrate Judge Gabriel A. Fuentes |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | |
| Defendants. | |

**PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME
TO FILE SUPPLEMENTAL BRIEF**

Plaintiff, CHRISTIAN JOHN KENDALL ("Plaintiff"), respectfully submits this motion for extension of time, until August 11, 2026, to file the file the supplemental brief required by this Court's Minute Entry Order [26].

On June 23, 2026, this Court entered Minute Entry Order [26] directing Plaintiff to file a supplemental brief addressing *Kangol LLC v. Hangzhou Chuanyue Silk Import & Export Co., Ltd.*, No. 25-2205 (7th Cir. May 29, 2026), and explaining, for each defendant on Schedule A, what efforts Plaintiff undertook to determine the defendants' addresses and why such efforts were reasonably diligent, by July 21, 2026. Plaintiff requires additional time to finish researching the Defendants' addresses, compile Plaintiff's findings, and complete the analysis necessary to address the Court's inquiry, and therefore respectfully requests an additional twenty-one (21) days, through August 11, 2026.

Rule 6(b)(1)(A) permits the Court to extend a deadline for good cause on a motion made before the existing time expires. Good cause exists here. The supplemental brief turns in significant part on the results of Plaintiff's ongoing efforts to research and confirm Defendants' addresses,

1

and Plaintiff requires additional time to complete that work and present its findings accurately to the Court. The requested 21-day extension is narrowly tailored to the time needed to do so, and no party will be prejudiced by it.

Plaintiff therefore respectfully requests that this Court enter an Order extending the deadline to file the supplemental brief required by Minute Entry Order [26] up to and including August 11, 2026.

DATED: July 21, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on July 21, 2026, with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt