**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Christian John Kendall

                                                            Plaintiff,

v.                                                          Case No.:
                                                            1:26–cv–04405
                                                            Honorable Joan H.
                                                            Lefkow

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                                            Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 22, 2026:

     MINUTE entry before the Honorable Joan H. Lefkow: Plaintiff's motion for extension of time [27] to file supplemental brief to 8/11/2026 is granted. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.