# Exhibit A

## EXHIBIT A — Per-Defendant Investigation Summary

| No. | Defendant | Name Form | Platform | Platform-Disclosed Address | Verification Result (map + registry) | Pathology | Tier | Proposed Service |
|---|---|---|---|---|---|---|---|---|
| 1 | A133 | Romanized initials / pinyin string (no SAMR form) | Amazon | "暖水村东门外二区 3 号 龙头山乡 上饶市 江西 334200 CN" | All three services failed to locate the pled house number 暖水村东门外二区 3 号: Google Maps returned only partial matches to the township and postcode; Baidu returned 未找到相关地点 (no location found); Amap resolved only to the village and nearby points of interest. Tianyancha: name search returned no registrable entity for this seller handle (see Ex. B, No. 1). | AREA-ONLY (resolves to village/township; unit not located) | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 2 | ZQYNKH | Romanized initials / pinyin string (no SAMR form) | Temu | "Building 25, Yuhu Zhengrongjun, No. 655, Lilan Middle Road, Gongchen Street, Licheng District, Putian City, Fujian Province Licheng District 351100 Fujian Province, Putian City China" | On the renewed July 28 search Google Maps returned only a partial match at the street/subdistrict level — Gongchen Street, Licheng District, Putian, with the pin dropped on the Gongchen Police Station — and did not locate Building 25 or the pled unit; the Google Web search returned only unrelated Putian trading companies. Baidu Maps returned 未找到相关地点 (no location found). Tianyancha: name search returned no registrable entity for this seller handle (see Ex. B, No. 2). | AREA-ONLY (resolves to street/subdistrict; unit not located) · SHARED-ADDRESS | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 3 | WU BEI WEI Art | English / storefront alias (no SAMR form) | Temu | Platform states country only — "China (no full address)" (no street/unit disclosed) | Platform business-license tab discloses country only; no street address stated. Address not known. Tianyancha: no Chinese-character name or address disclosed to search (see Ex. B). | NO ADDRESS DISCLOSED | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 4 | ZHHI SHOP | English / storefront alias (no SAMR form) | Temu | Platform states country only — "China (no full address)" (no street/unit disclosed) | Platform business-license tab discloses country only; no street address stated. Address not known. Tianyancha: no Chinese-character name or address disclosed to search (see Ex. B). | NO ADDRESS DISCLOSED | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 5 | WZLPH | Romanized initials / pinyin string (no SAMR form) | Temu | "Building 25, Yuhu Zhengrongjun, No. 655, Lilan Middle Road, Gongchen Street, Licheng District, Putian City, Fujian Province Licheng District 351100 Fujian Province, Putian City China" | No. 5 pleads the identical address as No. 2. On the renewed July 28 search Google Maps returned the same street/subdistrict partial match (Gongchen Street, Licheng District, Putian) and did not locate Building 25 or the pled unit. Baidu Maps returned 未找到相关地点 (no location found). The Google Web capture for No. 5 is the same image as No. 2's (a single search of the shared address), and is not offered as an independent search. Tianyancha: name search returned no registrable entity for this seller handle (see Ex. B, No. 5). | AREA-ONLY (resolves to street/subdistrict; unit not located) · SHARED-ADDRESS (identical to No. 2) | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 6 | Jane Wu | Western personal name (no SAMR corporate form) | Temu | "No. 131, Yongzai, Mulan Village, Xialin Street Chengxiang District 351100 Fujian Province, Putian City China" | Google Maps resolved no closer than the village and street (Mulancun / Xialin, Chengxiang District, Putian); house No. 131 was not located. Tianyancha: name search returned only a coincidental keyword match to an unrelated entity — no registrable entity for this seller handle (see Ex. B, No. 6). | AREA-ONLY (resolves to village/street; unit not located) | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |

| No. | Defendant | Name Form | Platform | Platform-Disclosed Address | Verification Result (map + registry) | Pathology | Tier | Proposed Service |
|---|---|---|---|---|---|---|---|---|
| 7 | SPPsrthree | English / storefront alias (no SAMR form) | Temu | "Room 804, Building 3, No. 189, Liyuan Middle Road, Gongchen Street, Licheng District, Putian City, Fujian Province Licheng District 351100 Fujian Province, Putian City China" | On the renewed July 28 search Google Maps returned a partial match resolving no closer than the street/building-number — No. 189 Liyuan Middle Road, Licheng District, Putian — reporting postal code 351199 against the pled 351100, with Room 804 / Building 3 appearing only as the echoed query and not independently located; the Google Web search returned only unrelated Putian companies. Baidu Maps returned 未找到相关地点 (no location found). Tianyancha: name search returned no registrable entity for this seller handle (see Ex. B, No. 7). | AREA-ONLY (resolves to street/building-number; unit not located; postcode discrepancy) | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 8 | QIU QIU Wall art | English / storefront alias (no SAMR form) | Temu | Platform states country only — "China (no full address)" (no street/unit disclosed) | Platform business-license tab discloses country only; no street address stated. Address not known. Tianyancha: no Chinese-character name or address disclosed to search (see Ex. B). | NO ADDRESS DISCLOSED | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 9 | Sky stickers customized | English / storefront alias (no SAMR form) | Temu | "Room D26, 3rd Floor, No. 4, Jiangyu South Street, Jiangdong Village, Dalong Street, Panyu District, Guangzhou Panyu District 511400 Guangdong Province, Guangzhou City China" | Google Maps returned a partial match resolving no closer than the street/building number — No. 4 Jiangyu South Street, Panyu District, Guangzhou — reporting postal code 511450 against the pled 511400. The pled "Room D26, 3rd Floor" appears only as the echoed search text on the result card (with "Jiangdong Village, Dalong Street" struck through), and the small thumbnail on that card is not a confirmation of the specific unit; the pled Room D26 was not independently located. The Google Web search returned only unrelated Guangzhou trading companies. Baidu Maps returned 未找到相关地点 (no location found). Tianyancha: name search returned no registrable entity for this seller handle (see Ex. B, No. 9). | AREA-ONLY (partial match to street/building-number; unit not independently verified; postcode discrepancy) | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 10 | SING sticker | English / storefront alias (no SAMR form) | Temu | Platform states country only — "China (no full address)" (no street/unit disclosed) | Platform business-license tab discloses country only; no street address stated. Address not known. Tianyancha: no Chinese-character name or address disclosed to search (see Ex. B). | NO ADDRESS DISCLOSED | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 11 | Deco Sticker | English / storefront alias (no SAMR form) | Temu | Platform states country only — "China (no full address)" (no street/unit disclosed) | Platform business-license tab discloses country only; no street address stated. Address not known. Tianyancha: no Chinese-character name or address disclosed to search (see Ex. B). | NO ADDRESS DISCLOSED | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 12 | delicate gift one | English / storefront alias (no SAMR form) | Temu | "No. 512, Ding Street, Gaiwei Village, Gaiwei Town Xianyou County 351200 Fujian Province, Putian City China" | Google Maps resolved only to the town/village level (Gaiweizhen, Xianyou County, Putian); the pled No. 512 Ding Street was not located. Tianyancha: name search returned no registrable entity for this seller handle (see Ex. B, No. 12). | AREA-ONLY (resolves to town/village; unit not located) | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 13 | NanArtCrafts | English / storefront alias (no SAMR form) | Temu | Platform states country only — "China (no full address)" (no street/unit disclosed) | Platform business-license tab discloses country only; no street address stated. Address not known. Tianyancha: no Chinese-character name or address disclosed to search (see Ex. B). | NO ADDRESS DISCLOSED | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 14 | Sign CCV | English / storefront alias | Temu | "Room 306, 3rd floor, Building 4, Area B, Xishan Community, No. 1128, Dongyuan West Road, Longqiao | Google Maps returned only a generic geocoded 'Building 4' partial match on the pled street (No. 1128 Dongyuan West Road, Chengxiang, | STREET-LEVEL (generic building | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |

| No. | Defendant | Name Form | Platform | Platform-Disclosed Address | Verification Result (map + registry) | Pathology | Tier | Proposed Service |
|---|---|---|---|---|---|---|---|---|
| | | (no SAMR form) | | Subdistrict Chengxiang District 351100 Fujian Province, Putian City China" | Putian); the specific Room 306 / Area B / Xishan Community was not confirmed. Tianyancha: name search returned no registrable entity for this seller handle (see Ex. B, No. 14). | partial; unit not confirmed) | | |
| 15 | Beloved Art SHOP | English / storefront alias (no SAMR form) | Temu | "Building 3, Area A, Doumen Community, No. 1888 Shangqin Street, Gongchen Street, Licheng District, Putian City, Fujian Province Licheng District 351100 Fujian Province, Putian City China" | Google Maps mis-split 'Doumen Community' and returned only district-level partial matches — 'Doumen District' in Zhuhai, Guangdong (wrong province) and 'Licheng District, Putian'; the pled Building 3 / Area A was not located. Tianyancha: name search returned no registrable entity for this seller handle (see Ex. B, No. 15). | AREA-ONLY (resolves to district; unit not located) · SHARED-ADDRESS | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 16 | POOKER New Wall Art Collection | English / storefront alias (no SAMR form) | Temu | "No. 1106, Building 2, Area A, Shuinan Commercial and Residential Plaza, No. 115, Qinglan Road, Huangshi Town, Licheng District, Putian City, Fujian Province Licheng District 351100 Fujian Province, Putian City China" | Google Maps resolved only to the street level (Qinglan Road, Huangshi Town, Licheng, Putian); Building No. 115 / Building 2 / Room 1106 was not located. Tianyancha: name search returned no registrable entity for this seller handle (see Ex. B, No. 16). | AREA-ONLY (resolves to street; unit not located) | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 17 | Las cosas buenas | English / storefront alias (no SAMR form) | Temu | "No. 6 Xiangban Street, Ninghua Subdistrict, R&F Business Center, Building B3, 24th Floor, Business Office 16 Taijiang District 350004 Fujian Province, Fuzhou City China" | Google Maps resolved only to the street ('6 Xiangban St', Taijiang District, Fuzhou); the pled R&F Business Center, Building B3, 24th Floor, Business Office 16 was not located. Tianyancha: name search returned no registrable entity for this seller handle (see Ex. B, No. 17). | AREA-ONLY (resolves to street; unit not located) | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 18 | Quality Blanket Shop | English / storefront alias (no SAMR form) | Temu | Platform states country only — "China (no full address)" (no street/unit disclosed) | Platform business-license tab discloses country only; no street address stated. Address not known. Tianyancha: no Chinese-character name or address disclosed to search (see Ex. B). | NO ADDRESS DISCLOSED | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 19 | WEI kkt | English / storefront alias (no SAMR form) | Temu | Platform states country only — "China (no full address)" (no street/unit disclosed) | Platform business-license tab discloses country only; no street address stated. Address not known. Tianyancha: no Chinese-character name or address disclosed to search (see Ex. B). | NO ADDRESS DISCLOSED | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 20 | XH Art Decoration | English / storefront alias (no SAMR form) | Temu | Platform states country only — "China (no full address)" (no street/unit disclosed) | Platform business-license tab discloses country only; no street address stated. Address not known. Tianyancha: no Chinese-character name or address disclosed to search (see Ex. B). | NO ADDRESS DISCLOSED | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 21 | AlchemyStream | English / storefront alias (no SAMR form) | Temu | "Room 203, Unit 2, Building 13, Phase I, Fuhaiyuan, East side of Yanshun Road, South side of Jinglong North Road, Yanjiao Sanhe City 65200 Hebei Province, Langfang City China" | Google Maps resolved only to the town of Yanjiao (Sanhe City, Langfang, Hebei); the pled Fuhaiyuan Building 13, Unit 2, Room 203 was not located. Tianyancha: name search returned no registrable entity for this seller handle (see Ex. B, No. 21). | AREA-ONLY (resolves to township; unit not located) | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 22 | supermarket oneone | English / storefront alias (no SAMR form) | Temu | Platform states country only — "China (no full address)" (no street/unit disclosed) | Platform business-license tab discloses country only; no street address stated. Address not known. Tianyancha: no Chinese-character name or address disclosed to search (see Ex. B). | NO ADDRESS DISCLOSED | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 23 | Will pray and bless | English / storefront alias (no SAMR form) | Temu | Platform states country only — "China (no full address)" (no street/unit disclosed) | Platform business-license tab discloses country only; no street address stated. Address not known. Tianyancha: no Chinese-character name or address disclosed to search (see Ex. B). | NO ADDRESS DISCLOSED | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |

| No. | Defendant | Name Form | Platform | Platform-Disclosed Address | Verification Result (map + registry) | Pathology | Tier | Proposed Service |
|---|---|---|---|---|---|---|---|---|
| 24 | SunnyNookHome | English / storefront alias (no SAMR form) | Temu | Platform states country only — "China (no full address)" (no street/unit disclosed) | Platform business-license tab discloses country only; no street address stated. Address not known. Tianyancha: no Chinese-character name or address disclosed to search (see Ex. B). | NO ADDRESS DISCLOSED | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 25 | Tee Emporium | English / storefront alias (no SAMR form) | Temu | "First floor, No. 16, Qiheng Lane, Xinfeng Middle Road, Lianjiang City Lianjiang City 524400 Guangdong Province, Zhangjiang City China" | Google Maps resolved only to the road (Xinfeng Middle Road, Lianjiang); the pled No. 16 Qiheng Lane, first floor was not located. Tianyancha: name search returned no registrable entity for this seller handle (see Ex. B, No. 25). | AREA-ONLY (resolves to street; unit not located) · SHARED-ADDRESS | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 26 | Aureno Fashion | English / storefront alias (no SAMR form) | Temu | Platform states country only — "China (no full address)" (no street/unit disclosed) | Platform business-license tab discloses country only; no street address stated. Address not known. Tianyancha: no Chinese-character name or address disclosed to search (see Ex. B). | NO ADDRESS DISCLOSED | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 27 | LINWENCC | Romanized initials / pinyin string (no SAMR form) | Temu | Platform states country only — "China (no full address)" (no street/unit disclosed) | Platform business-license tab discloses country only; no street address stated. Address not known. Tianyancha: no Chinese-character name or address disclosed to search (see Ex. B). | NO ADDRESS DISCLOSED | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 28 | Yo Glod Tshirt | English / storefront alias (no SAMR form) | Temu | Platform states country only — "China (no full address)" (no street/unit disclosed) | Platform business-license tab discloses country only; no street address stated. Address not known. Tianyancha: no Chinese-character name or address disclosed to search (see Ex. B). | NO ADDRESS DISCLOSED | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 29 | ExquisiteEcoShop | English / storefront alias (no SAMR form) | Temu | "YF17013, A203b, 2nd Floor, Huixingyuan, Phase I, Yinhe Harbor, Antang Street Yuncheng District 527300 Guangdong Province, Yunfu City China" | Google Maps resolved only to the Antang Residential District (Yuncheng District, Yunfu) at a broad county-level view; the pled Huixingyuan unit YF17013/A203b was not located. Tianyancha: name search returned no registrable entity for this seller handle (see Ex. B, No. 29). | AREA-ONLY (resolves to district; unit not located) | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 30 | ThreadAlchemy | English / storefront alias (no SAMR form) | Temu | "First floor, No. 16, Qiheng Lane, Xinfeng Middle Road, Lianjiang City Lianjiang City 524400 Guangdong Province, Zhangjiang City China" | Google Maps resolved only to the road (Xinfeng Middle Road, Lianjiang); the pled No. 16 Qiheng Lane, first floor was not located. Tianyancha: name search returned no registrable entity for this seller handle (see Ex. B, No. 30). | AREA-ONLY (resolves to street; unit not located) · SHARED-ADDRESS | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 31 | Ang Yuan | English / storefront alias (no SAMR form) | Temu | "Room 202, Unit 2, Building 21, Xiazhu A District, Jiangdong Street Yiwu City 322000 Zhejiang Province, Jinhua City China" | Google Maps resolved only to the Xiazhu community/locality (Jiangdong Street, Yiwu); the pled Building 21, Unit 2, Room 202 was not located. Tianyancha: name search returned only a coincidental keyword match to an unrelated entity — no registrable entity for this seller handle (see Ex. B, No. 31). | AREA-ONLY (resolves to village; unit not located) | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 35 | Timewirer | English / storefront alias (no SAMR form) | Temu | "Room 68F226, Building A, No. 99, Fenghuang 4th Road, Jiufo Street, Huangpu District, Guangzhou Huangpu District 510700 Guangdong Province, Guangzhou City China" | Google Maps resolved only to the road (Fenghuang 4th Road, Huangpu District, Guangzhou); the pled Building A, Room 68F226 was not located. Tianyancha: name search returned only a coincidental keyword match to an unrelated entity — no registrable entity for this seller handle (see Ex. B, No. 35). | AREA-ONLY (resolves to street; unit not located) | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 36 | damaijiaabcdd | Lowercase storefront handle (no SAMR form) | Temu | Platform states country only — "China (no full address)" (no street/unit disclosed) | Platform business-license tab discloses country only; no street address stated. Address not known. Tianyancha: no Chinese-character name or address disclosed to search (see Ex. B). | NO ADDRESS DISCLOSED | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |

| No. | Defendant | Name Form | Platform | Platform-Disclosed Address | Verification Result (map + registry) | Pathology | Tier | Proposed Service |
|---|---|---|---|---|---|---|---|---|
| 37 | HAOFHU | Romanized initials / pinyin string (no SAMR form) | Temu | "No. 2, Building 1, Ju'an Xingfucheng, No. 618, Tongxin West Road, Xitianwei Town, Licheng District, Putian City, Fujian Province Licheng District 351100 Fujian Province, Putian City China" | On the renewed July 28 search Google Maps returned a partial match resolving no closer than the street — Tongxin West Road, Xitianwei Town, Licheng District, Putian — reporting postal code 351133 against the pled 351100, with No. 2 / Building 1 / Ju'an Xingfucheng struck through and not located; the Google Web search returned only unrelated Putian footwear companies. Baidu Maps returned 未找到相关地点 (no location found). Tianyancha: name search returned no registrable entity for this seller handle (see Ex. B, No. 37). | AREA-ONLY (resolves to street; unit not located; postcode discrepancy) | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 38 | VERIS VIGOR | English / storefront alias (no SAMR form) | Temu | "Unit 1507B, 15/F, Eastcore, 398 Kwun Tong Road Kwun Tong District 999077 Hong Kong Special Administrative Region, Kowloon China" | Google Maps located only the 'Eastcore' office building at 398 Kwun Tong Road, Kowloon; the pled Unit 1507B, 15/F was not verified, and web results show that unit is a shared address used by multiple unrelated companies. Tianyancha n/a (HK entity — see Ex. B, No. 38); HK register via ltddir.com. | HK SHARED-ADDRESS (building only; multi-tenant) | HK | HK service track — postal or Rule 4(f)(3) (address unknown; shared secretarial) |
| 39 | NC M BR | English / storefront alias (no SAMR form) | Temu | "Room 302-6, 3rd Floor, No. 95-1, Sandong Avenue, Huacheng Street, Huadu District, Guangzhou Huadu District 510800 Guangdong Province, Guangzhou City China" | Google Maps returned only partial matches at street/district level (95-1 Sandong Ave / Huacheng Street, Huadu District); the pled Room 302-6, 3rd Floor was not located. Tianyancha: name search returned no registrable entity for this seller handle (see Ex. B, No. 39). | AREA-ONLY (resolves to street/district; unit not located) · SHARED-ADDRESS | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 40 | NCOOHRD | Romanized initials / pinyin string (no SAMR form) | Temu | "Room 302-6, 3rd Floor, No. 95-1, Sandong Avenue, Huacheng Street, Huadu District, Guangzhou Huadu District 510800 Guangdong Province, Guangzhou City China" | Google Maps returned only partial matches at street/district level (95-1 Sandong Ave / Huacheng Street, Huadu District); the pled Room 302-6, 3rd Floor was not located. Tianyancha: name search returned no registrable entity for this seller handle (see Ex. B, No. 40). | AREA-ONLY (resolves to street/district; unit not located) · SHARED-ADDRESS | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 41 | DingshengWan | English / storefront alias (no SAMR form) | Temu | "Shop 13, 1st Floor, Building 19, Area A, Xinquan Xinyuan (now Tianbao Community), No. 376, Jiangcuo Road, Wufeng Street, Gulou District, Fuzhou City, Fujian Province376A)19#113-1 Gulou District 350000 Fujian Province, Fuzhou City China" | Google Maps returned only partial matches — at best a street-level 'Building 19 / 376 Jiangcuo Rd' pin in Fuzhou plus a spurious 'Tianbaoxiang' pin in Sichuan (wrong province); the pled Shop 13, 1st Floor was not located. Tianyancha: name search returned only a coincidental keyword match to an unrelated entity — no registrable entity for this seller handle (see Ex. B, No. 41). | AREA-ONLY (resolves to street(+wrong-province); unit not located) · SHARED-ADDRESS | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 42 | WDSS | Romanized initials / pinyin string (no SAMR form) | Temu | Platform states country only — "China (no full address)" (no street/unit disclosed) | Platform business-license tab discloses country only; no street address stated. Address not known. Tianyancha: no Chinese-character name or address disclosed to search (see Ex. B). | NO ADDRESS DISCLOSED | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 43 | STRUCTURE BEAUTY | English / storefront alias (no SAMR form) | Temu | Platform states country only — "China (no full address)" (no street/unit disclosed) | Platform business-license tab discloses country only; no street address stated. Address not known. Tianyancha: no Chinese-character name or address disclosed to search (see Ex. B). | NO ADDRESS DISCLOSED | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 44 | Dafu is me | English / storefront alias | Temu | "Shop 13, 1st Floor, Building 19, Area A, Xinquan Xinyuan (now Tianbao Community), No. 376, Jiangcuo Road, | Google Maps returned only partial matches — a street-level 'Building 19 / 376 Jiangcuo Rd' pin in Fuzhou plus a spurious Sichuan pin; the | AREA-ONLY (resolves to street(+wrong- | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |

| No. | Defendant | Name Form | Platform | Platform-Disclosed Address | Verification Result (map + registry) | Pathology | Tier | Proposed Service |
|---|---|---|---|---|---|---|---|---|
| | | (no SAMR form) | | Wufeng Street, Gulou District, Fuzhou City, Fujian Province376A)19#113-1 Gulou District 350000 Fujian Province, Fuzhou City China" | pled Shop 13, 1st Floor was not located. Tianyancha: name search returned no registrable entity for this seller handle (see Ex. B, No. 44). | province); unit not located) · SHARED-ADDRESS | | |
| 45 | EasyPeasy | English / storefront alias (no SAMR form) | Temu | Platform states country only — "China (no full address)" (no street/unit disclosed) | Platform business-license tab discloses country only; no street address stated. Address not known. Tianyancha: no Chinese-character name or address disclosed to search (see Ex. B). | NO ADDRESS DISCLOSED | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 46 | MI GLASSWARE | English / storefront alias (no SAMR form) | Temu | Platform states country only — "China (no full address)" (no street/unit disclosed) | Platform business-license tab discloses country only; no street address stated. Address not known. Tianyancha: no Chinese-character name or address disclosed to search (see Ex. B). | NO ADDRESS DISCLOSED | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 47 | Fudala | English / storefront alias (no SAMR form) | Temu | "Shop 13, 1st Floor, Building 19, Area A, Xinquan Xinyuan (now Tianbao Community), No. 376, Jiangcuo Road, Wufeng Street, Gulou District, Fuzhou City, Fujian Province376A)19#113-1 Gulou District 350000 Fujian Province, Fuzhou City China" | Google Maps returned only partial matches — a street-level 'Building 19 / 376 Jiangcuo Rd' pin in Fuzhou plus a spurious Sichuan pin; the pled Shop 13, 1st Floor was not located. Tianyancha: name search returned only a coincidental keyword match to an unrelated entity — no registrable entity for this seller handle (see Ex. B, No. 47). | AREA-ONLY (resolves to street(+wrong-province); unit not located) · SHARED-ADDRESS | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 48 | WeePlayAAJK | English / storefront alias (no SAMR form) | Temu | "Room 402, 4th Floor, Building 5, Jiufuheyuan, Jiangdong Street, Yiwu City, Jinhua City, Zhejiang Province Yiwu City 322000 Zhejiang Province, Jinhua City China" | On the July 28 search Google Maps returned a partial match resolving no closer than the street — Jiangdong Street / Jiangdong South Road, Yiwu — with Room 402 / Building 5 / Jiufuheyuan struck through and not located. (For this defendant the Baidu search box reflected only the city and postal-code portion of the address; the operative map result here is the Google Maps resolution, which reached only street level.) Tianyancha: name search returned no registrable entity for this seller handle (see Ex. B, No. 48). | AREA-ONLY (resolves to street; unit not located) · OFAC-SCREEN | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 49 | FYYWBABT local | English / storefront alias (no SAMR form) | Temu | "Room 302, Unit 5, Building 19, Pingchou 2nd District, Jiangdong Street, Yiwu City, Zhejiang Province (self-declaration) Yiwu City 322000 Zhejiang Province, Jinhua City China" | Google Maps returned only partial street-level matches (Pingchou Road / Jiangdong East Road, Yiwu); the pled Room 302, Unit 5, Building 19 was not located. Tianyancha: name search returned no registrable entity for this seller handle (see Ex. B, No. 49). | AREA-ONLY (resolves to street; unit not located) · platform self-declared | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 50 | MatKing | English / storefront alias (no SAMR form) | Temu | Platform states country only — "China (no full address)" (no street/unit disclosed) | Platform business-license tab discloses country only; no street address stated. Address not known. Tianyancha: no Chinese-character name or address disclosed to search (see Ex. B). | NO ADDRESS DISCLOSED | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 51 | CC Homeshop | English / storefront alias (no SAMR form) | Temu | Platform states country only — "China (no full address)" (no street/unit disclosed) | Platform business-license tab discloses country only; no street address stated. Address not known. Tianyancha: no Chinese-character name or address disclosed to search (see Ex. B). | NO ADDRESS DISCLOSED | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 52 | Zesteew | English / storefront alias (no SAMR form) | Temu | Platform states country only — "China (no full address)" (no street/unit disclosed) | Platform business-license tab discloses country only; no street address stated. Address not known. Tianyancha: no Chinese-character name or address disclosed to search (see Ex. B). | NO ADDRESS DISCLOSED | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 53 | Kaled | English / storefront alias | Temu | Platform states country only — "China (no full address)" (no street/unit disclosed) | Platform business-license tab discloses country only; no street address stated. Address not | NO ADDRESS DISCLOSED | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |

| No. | Defendant | Name Form | Platform | Platform-Disclosed Address | Verification Result (map + registry) | Pathology | Tier | Proposed Service |
|---|---|---|---|---|---|---|---|---|
| | | (no SAMR form) | | | known. Tianyancha: no Chinese-character name or address disclosed to search (see Ex. B). | | | |
| 54 | Vivian D Home Pad | English / storefront alias (no SAMR form) | Temu | "Room 1105, Building 1, E-commerce Industrial Park, No. 28-1, Donghu Avenue, Majiadian Street, Workstation 4-0264 Zhijiang City 443200 Hubei Province, Yichang City China" | Google Maps returned only partial street/district-level matches (Donghu Avenue / Majiadian Residential District, Zhijiang City, Yichang); the pled Room 1105, Building 1, E-commerce Industrial Park was not located. Tianyancha: name search returned no registrable entity for this seller handle (see Ex. B, No. 54). | AREA-ONLY (resolves to street; unit not located) | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 55 | Floormagic | English / storefront alias (no SAMR form) | Temu | Platform states country only — "China (no full address)" (no street/unit disclosed) | Platform business-license tab discloses country only; no street address stated. Address not known. Tianyancha: no Chinese-character name or address disclosed to search (see Ex. B). | NO ADDRESS DISCLOSED | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 56 | The Rug Edit | English / storefront alias (no SAMR form) | Temu | "A829, Nanbei Road, Pingshan Subdistrict Office, Luquan Yi and Miao Autonomous County, Kunming City, Yunnan Province Luquan Yi and Miao Autonomous County 651500 Yunnan Province, Kunming City China" | The map query was reduced to only 'Pingshan Subdistrict Office' and resolved to the subdistrict government office; the pled A829/Nanbei Road unit was never located. Tianyancha: name search returned no registrable entity for this seller handle (see Ex. B, No. 56). | AREA-ONLY (resolves to township; unit not located) · ADJACENT-UNIT cluster | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 57 | MUSHROOM DIAN | English / storefront alias (no SAMR form) | Temu | Platform states country only — "China (no full address)" (no street/unit disclosed) | Platform business-license tab discloses country only; no street address stated. Address not known. Tianyancha: no Chinese-character name or address disclosed to search (see Ex. B). | NO ADDRESS DISCLOSED | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 58 | ZIBAO PILLOW | English / storefront alias (no SAMR form) | Temu | "No. SX84618, No. 151-6, No. 23, Yuanlin Avenue, Lucheng Street, Yidu City, Yichang City, Hubei Province (operator on the platform) Yidu City 443300 hubei province, Yichang City China" | Google Maps returned only a partial match to 23 Yuanlin Blvd at street level; the pled stall/unit numbers SX84618 and 151-6 were not located (web surfaced a registered entity, Yidu City Beibei Trading Company). Tianyancha: name search returned no registrable entity for this seller handle (see Ex. B, No. 58). | AREA-ONLY (resolves to street; unit not located) · ADJACENT-UNIT cluster · platform self-declared | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 59 | Woven Warmth | English / storefront alias (no SAMR form) | Temu | "A830, North-South Road, Pingshan Subdistrict Office, Luquan Yi and Miao Autonomous County, Kunming City, Yunnan Province Luquan Yi and Miao Autonomous County 651500 Yunnan Province, Kunming City China" | The map query was reduced to only 'Pingshan Subdistrict Office' and resolved to the subdistrict government office; the pled A830/North-South Road unit was never located. Tianyancha: name search returned no registrable entity for this seller handle (see Ex. B, No. 59). | AREA-ONLY (resolves to township; unit not located) · ADJACENT-UNIT cluster | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 60 | TT MATS LAND | English / storefront alias (no SAMR form) | Temu | Platform states country only — "China (no full address)" (no street/unit disclosed) | Platform business-license tab discloses country only; no street address stated. Address not known. Tianyancha: no Chinese-character name or address disclosed to search (see Ex. B). | NO ADDRESS DISCLOSED | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 61 | lomenyone | Lowercase storefront handle (no SAMR form) | Temu | Platform states country only — "China (no full address)" (no street/unit disclosed) | Platform business-license tab discloses country only; no street address stated. Address not known. Tianyancha: no Chinese-character name or address disclosed to search (see Ex. B). | NO ADDRESS DISCLOSED | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 62 | Zailin Life | English / storefront alias (no SAMR form) | Temu | Platform states country only — "China (no full address)" (no street/unit disclosed) | Platform business-license tab discloses country only; no street address stated. Address not known. Tianyancha: no Chinese-character name or address disclosed to search (see Ex. B). | NO ADDRESS DISCLOSED | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |

| No. | Defendant | Name Form | Platform | Platform-Disclosed Address | Verification Result (map + registry) | Pathology | Tier | Proposed Service |
|---|---|---|---|---|---|---|---|---|
| 63 | JYN Homeshop | English / storefront alias (no SAMR form) | Temu | "No. D0308, Headquarters Economic Zone, No. 23, Mei'an 1st Street, Mei'an Ecological Technology New Town, National High- tech Industrial Development Zone, Haikou City, Hainan Province other districts 570100 Hainan, Haikou China" | Google Maps resolved only to the development-zone administration committee at zone/district level (island-wide view); the pled unit D0308 was not located. Tianyancha: name search returned no registrable entity for this seller handle (see Ex. B, No. 63). | AREA-ONLY (resolves to district/zone; unit not located) | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 64 | smartseleone | Lowercase storefront handle (no SAMR form) | Temu | Platform states country only — "China (no full address)" (no street/unit disclosed) | Platform business-license tab discloses country only; no street address stated. Address not known. Tianyancha: no Chinese-character name or address disclosed to search (see Ex. B). | NO ADDRESS DISCLOSED | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 65 | Trending Terrace | English / storefront alias (no SAMR form) | Temu | "Shop 01, 1st Floor, No. 7, Lane 6, Xiayang Changhe Road, Xiaobian Community Chang'an Town 523850 Guangdong Province, Dongguan city China" | On the renewed July 28 search Google Maps returned a partial match reaching no closer than Xiaobian Community, Chang'an Town, Dongguan (the correct area), and also surfaced a spurious wrong-province candidate ("Xiayang," Yanling County, Zhuzhou, Hunan) off the "Xiayang" token; the pled Shop 01 / No. 7, Lane 6 was not located, and the Google Web search returned only unrelated Chang'an-Town businesses. Baidu Maps returned 未找到相关地点 (no location found). Tianyancha: name search returned no registrable entity for this seller handle (see Ex. B, No. 65). | AREA-ONLY (resolves to community; unit not located; wrong-province partial) | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 66 | Damfsty | English / storefront alias (no SAMR form) | Temu | Platform states country only — "China (no full address)" (no street/unit disclosed) | Platform business-license tab discloses country only; no street address stated. Address not known. Tianyancha: no Chinese-character name or address disclosed to search (see Ex. B). | NO ADDRESS DISCLOSED | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 67 | luxe one | English / storefront alias (no SAMR form) | Temu | Platform states country only — "China (no full address)" (no street/unit disclosed) | Platform business-license tab discloses country only; no street address stated. Address not known. Tianyancha: no Chinese-character name or address disclosed to search (see Ex. B). | NO ADDRESS DISCLOSED | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 68 | WJLAAST | Romanized initials / pinyin string (no SAMR form) | Temu | "No. 57, North Section of Tianwen Avenue, Luozhuang Town, Dengzhou City, Nanyang City, Henan Province Dengzhou City 474150 Henan Province, Nanyang City China" | Google Maps returned only a partial match to Tianwen Boulevard (the road) at street level; the pled building No. 57 on the north section was not located. Tianyancha: name search returned no registrable entity for this seller handle (see Ex. B, No. 68). | AREA-ONLY (resolves to street; unit not located) | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 69 | FOYEAH | Romanized initials / pinyin string (no SAMR form) | Temu | "Room 663, 6th Floor, Yinhua Complex Building, No. 119, Liuyi Middle Road, Shuibu Street, Gulou District, Fuzhou City, Fujian Province Gulou District 350000 Fujian Province, Fuzhou City China" | On the renewed July 28 search Google Maps returned a partial match resolving no closer than the street — Liuyi Middle Road, Gulou District, Fuzhou — reporting postal code 350013 against the pled 350000, with "Room 663" dropped from the query and the pled Yinhua Complex Building unit not located; the Google Web search returned only unrelated Fuzhou companies. Baidu Maps returned 未找到相关地点 (no location found). Tianyancha: name search returned no registrable entity for this seller handle (see Ex. B, No. 69). | AREA-ONLY (resolves to street; unit not located; postcode discrepancy) | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 70 | Group consumer price | English / storefront alias | Temu | Platform states country only — "China (no full address)" (no street/unit disclosed) | Platform business-license tab discloses country only; no street address stated. Address not | NO ADDRESS DISCLOSED | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |

| No. | Defendant | Name Form | Platform | Platform-Disclosed Address | Verification Result (map + registry) | Pathology | Tier | Proposed Service |
|---|---|---|---|---|---|---|---|---|
| | | (no SAMR form) | | | known. Tianyancha: no Chinese-character name or address disclosed to search (see Ex. B). | | | |
| 71 | EverCart | English / storefront alias (no SAMR form) | Temu | "Room 304, No. 29, Houpudongli, Huli District, Xiamen Huli District 361006 Fujian Province, Xiamen City China" | The web search returned zero results and Google Maps resolved only to the 361006 postcode area in Huli District, Xiamen; the pled Room 304 at No. 29 Houpudongli was not located. Tianyancha: name search returned no registrable entity for this seller handle (see Ex. B, No. 71). | AREA-ONLY (resolves to postcode; unit not located) | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 72 | Global Textile Hut | English / storefront alias (no SAMR form) | Temu | Platform states country only — "China (no full address)" (no street/unit disclosed) | Platform business-license tab discloses country only; no street address stated. Address not known. Tianyancha: no Chinese-character name or address disclosed to search (see Ex. B). | NO ADDRESS DISCLOSED | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 73 | PTDAMAISHOP | English / storefront alias (no SAMR form) | Temu | "Room 502, No. 5, Lane 82, Fengxiang Lane, Fenghuangshan Street, Chengxiang District, Putian City, Fujian Province Chengxiang District 351100 Fujian Province, Putian City China" | Google Maps returned only a partial match to Fengxiang Lane at street level; the pled Room 502, No. 5 was not located (web hits were same-street companies at different street numbers). Tianyancha: name search returned no registrable entity for this seller handle (see Ex. B, No. 73). | AREA-ONLY (resolves to street; unit not located) | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 74 | Xiaobaitu Bag Shop | English / storefront alias (no SAMR form) | Temu | "Room 208, 4th Floor, Building 1, Xihong Community, No. 570, Xihong North Street, Gongshichen Subdistrict Licheng District 351100 Fujian Province, Putian City China" | The web search returned zero results and Google Maps resolved only to Xihong North Street at street level; the pled Room 208, 4th Floor, Building 1 was not located. Tianyancha: name search returned no registrable entity for this seller handle (see Ex. B, No. 74). | AREA-ONLY (resolves to street; unit not located) | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 75 | Dumpling Floor | English / storefront alias (no SAMR form) | Temu | Platform states country only — "China (no full address)" (no street/unit disclosed) | Platform business-license tab discloses country only; no street address stated. Address not known. Tianyancha: no Chinese-character name or address disclosed to search (see Ex. B). | NO ADDRESS DISCLOSED | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 76 | NovelPage | English / storefront alias (no SAMR form) | Temu | "Room 303, Unit 3, Building 26, Zongtang 2nd District, Jiangdong Street, Yiwu City, Jinhua City, Zhejiang Province (self-declaration) Yiwu City 322000 Zhejiang Province, Jinhua City China" | Google Maps returned only a partial match resolving to Jiangdong South Road in Yiwu; the pled Room 303/Unit 3/Building 26 (platform-flagged self-declared) was not located. Tianyancha: name search returned no registrable entity for this seller handle (see Ex. B, No. 76). | AREA-ONLY (resolves to street; unit not located) · platform self-declared · OFAC-SCREEN | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 77 | pra | Lowercase storefront handle (no SAMR form) | Temu | "No. 3 Houwei, Shanxing Village, Pinghai Town Xiuyu District 351152 Fujian Province, Putian City China" | Google Maps returned only partial-match candidates (Shanxing Village, Pinghai Town, and the 351152 postcode); the pled No. 3 Houwei house number was not located. Tianyancha: name search returned only a coincidental keyword match to an unrelated entity — no registrable entity for this seller handle (see Ex. B, No. 77). | AREA-ONLY (resolves to village/town; unit not located) · SHARED-ADDRESS | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 78 | AaronMarco | English / storefront alias (no SAMR form) | Temu | "No. 3 Houwei, Shanxing Village, Pinghai Town Xiuyu District 351152 Fujian Province, Putian City China" | The No. 78 capture is identical to No. 77's (shared address); Google Maps returned only village/town/postcode partial matches and could not locate the pled No. 3 Houwei. Tianyancha: name search returned no registrable entity for this seller handle (see Ex. B, No. 78). | AREA-ONLY (resolves to village/town; unit not located) · SHARED-ADDRESS | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |

| No. | Defendant | Name Form | Platform | Platform-Disclosed Address | Verification Result (map + registry) | Pathology | Tier | Proposed Service |
|---|---|---|---|---|---|---|---|---|
| 79 | A Companion Cup | English / storefront alias (no SAMR form) | Temu | "Room 1102, 1st Floor, Building 4, Qianshuiwan Taoyuan, No. 1699, Xiadian Road, Gongchen Street, Licheng District, Putian City, Fujian Province Licheng District 351100 Fujian Province, Putian City China" | Google Maps returned only partial matches at street level (Xiadian Road / Gongchen area, anchored to a police station); the pled Room 1102, Building 4, Qianshuiwan Taoyuan was not located. Tianyancha: name search returned only a coincidental keyword match to an unrelated entity — no registrable entity for this seller handle (see Ex. B, No. 79). | AREA-ONLY (resolves to street; unit not located) | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 80 | Tribwear | English / storefront alias (no SAMR form) | Temu | "No. 236, Huagong Road, Yuefeng Town, Jin'an District, Fuzhou City, Fujian Province (north side of the original Huagong Road), Taihe Business Center (Zone 1), East Second Ring Road, Taihe City Plaza East District C Block 2# Building 12th Floor 19 Business Office Jin'an District 350011 Fujian Province, Fuzhou City China" | On the renewed July 28 search Google Maps carried only the "Taihe City Plaza / East Second Ring Road" tail of the address (not the "No. 236 Huagong Road" lead-in) and resolved no closer than Jin'an District, Fuzhou, on a coarse prefecture-wide view; the pled business office was not located. The Google Web search associated the pled address with two unrelated companies — Fuzhou Eb Power Solution Co., Ltd. and Fuzhou Hangyi Network Technology Co., Ltd. — and with the seller's own storefront domain, consistent with a shared commercial-center address rather than the defendant's own premises. Baidu Maps returned 未找到相关地点 (no location found). Tianyancha: name search returned no registrable entity for this seller handle (see Ex. B, No. 80). | AREA-ONLY (resolves to district; query-mismatch capture; shared commercial-center address) | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 81 | ArtSnooze | English / storefront alias (no SAMR form) | Temu | "No. SX84617, No. 151-6, 2226No. 23, Yuanlin Avenue, Lucheng Street, Yidu City, Yichang City, Hubei Province (operator on the platform Yidu City 443300 hubei province, Yichang City China" | Google Maps returned only a partial match to Yuanlin Avenue in Yidu City; the pled unit code No. SX84617 was not individually located. Tianyancha: name search returned no registrable entity for this seller handle (see Ex. B, No. 81). | AREA-ONLY (resolves to street; unit not located) · ADJACENT-UNIT cluster | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 82 | Altverse | English / storefront alias (no SAMR form) | Temu | Platform states country only — "China (no full address)" (no street/unit disclosed) | Platform business-license tab discloses country only; no street address stated. Address not known. Tianyancha: no Chinese-character name or address disclosed to search (see Ex. B). | NO ADDRESS DISCLOSED | 1 | Email / Rule 4(f)(3) — Hague Art. 1 unknown-address |
| 83 | rezky.umaeroh | Western/handle (foreign defendant) | Ebay | Platform states country only — "Indonesia (no full address)" (no street/unit disclosed) | Platform (eBay) discloses country only (Indonesia); no street address stated. Address not known. Tianyancha n/a (non-PRC). | NO ADDRESS DISCLOSED | 1 | Email / Rule 4(f)(3) — Indonesia (not governed by *Kangol*/China); address not known |
| 84 | gorat80 | Western/handle (foreign defendant) | Ebay | Platform states country only — "Indonesia (no full address)" (no street/unit disclosed) | Platform (eBay) discloses country only (Indonesia); no street address stated. Address not known. Tianyancha n/a (non-PRC). | NO ADDRESS DISCLOSED | 1 | Email / Rule 4(f)(3) — Indonesia (not governed by *Kangol*/China); address not known |
| 85 | adilt2 | Western/handle (foreign defendant) | Ebay | Platform states country only — "Indonesia (no full address)" (no street/unit disclosed) | Platform (eBay) discloses country only (Indonesia); no street address stated. Address not known. Tianyancha n/a (non-PRC). | NO ADDRESS DISCLOSED | 1 | Email / Rule 4(f)(3) — Indonesia (not governed by *Kangol*/China); address not known |
| 86 | arimay_54 | Western/handle (foreign defendant) | Ebay | Platform states country only — "Indonesia (no full address)" (no street/unit disclosed) | Platform (eBay) discloses country only (Indonesia); no street address stated. Address not known. Tianyancha n/a (non-PRC). | NO ADDRESS DISCLOSED | 1 | Email / Rule 4(f)(3) — Indonesia (not governed by |

11

| No. | Defendant | Name Form | Platform | Platform-Disclosed Address | Verification Result (map + registry) | Pathology | Tier | Proposed Service |
|---|---|---|---|---|---|---|---|---|
| | | | | | | *Kangol*/China); address not known | | |
| 87 | mazingtees.shop | Western/handle (foreign defendant) | Paypal | 234 Front Street, San Francisco, CA, 94111, US | US defendant (domestic service): '234 Front Street, San Francisco, CA, 94111, US' resolves to a real, specific commercial/retail building, but no unit number. Tianyancha n/a (non-PRC). | U.S. address (domestic — FRCP 4(e)) | — | Domestic service (FRCP 4(e)) — carved out of foreign-service analysis |
| 90 | nemoshirt | Western/handle (foreign defendant) | Paypal | "423 West Broadway, Boston, Massachusetts, 02127, United States" | US defendant (domestic service): '423 West Broadway, South Boston, MA 02127' resolves to a real, specific commercial/retail building. Tianyancha n/a (non-PRC). | U.S. address (domestic — FRCP 4(e)) | — | Domestic service (FRCP 4(e)) — carved out of foreign-service analysis |
| 92 | batesmotel.store | Western/handle (foreign defendant) | Paypal | 36 Ngo 257 Thanh Nhan, Thanh Nhan, Hai Ba Trung, Hà Nội, 100000, Vietnam (oldest of ten disclosed addresses, May 2024, flagged HOME_OR_WORK; accountholder Trung Thanh Pham / Pham Thanh Trung); account also disclosed addresses in the US, Canada, Switzerland, Norway, China, and Bulgaria — ten addresses across seven countries in total | The Hanoi address (36 Ngo 257 Thanh Nhan) cannot be independently located: Google Maps, in both English and Vietnamese, redirects that house number to 46B Ngo 257 Thanh Nhan, a 24-hour café, and VietMap (Vietnam's leading local map service) offers no consumer search interface for independent confirmation. Vietnam's national tax registry (masothue.com) returns two records for the exact name "Pham Thanh Trung," both registered ~1,500–1,800 km from Hanoi in Cà Mau and Đồng Tháp Provinces; a near-match variant spelling ("Phạm Thành Trung") is excluded as non-corroborative because Vietnamese diacritics denote a distinct name. The account's only linked financial instrument is a Vietcombank (Vietnamese) account — no Canadian or Chinese instrument is disclosed despite a Winnipeg, Canada address appearing twice. The account is flagged internally by PayPal for Seller Performance Monitoring, Brand Risk Enforcement, and as an "Intermediary/Exit" account. The Guangzhou address (Fengming Road No. 117, F1 Stall) is a Cainiao parcel-collection station in a logistics district, not a residence or business. Tianyancha n/a (non-PRC). | NO KNOWN ADDRESS (ten addresses, seven countries; the two most specific resolve to a parcel-collection station and a café; PayPal-flagged intermediary/pass-through account) | 1 | Email / Rule 4(f)(3) — no known address (ten addresses, seven countries; none independently verified) |