# Exhibit B

# EXHIBIT B — PRC Corporate-Registry Investigation (Tianyancha 天眼查)

## Result summary

Forty-three defendants disclosed a Chinese address (forty-two mainland-PRC defendants and one Hong Kong defendant, No. 38) and were searched. The search returned **no registrable entity for any of them**: thirty-six returned no data, and the seven responses that returned data are all coincidental keyword matches (a trademark, shareholder, email, patent, or English-name field of an unrelated company), **not** a company-name match to the defendant. There is **zero** actionable registry identification. The remaining thirty-six mainland-PRC defendants disclosed no address and no Chinese-character name, so no registry entity could be identified for them either.

| No. | Storefront | Platform Address (abbr.) | Name-search result | Address-search result | Exact-address match | Bucket | Notes |
|---|---|---|---|---|---|---|---|
| 1 | A133 | 暖水村东门外二区3号 龙头山乡 上饶市 江西 334200 CN | No company-name match (EMPTY_DATA) | EMPTY_DATA (address search) | No | A | Romanized seller handle; no Chinese-character name/USCC disclosed to search under. |
| 2 | ZQYNKH | Building 25, Yuhu Zhengrongjun, No. 655, Lilan M… | No company-name match (EMPTY_DATA) | not run | No | A | Romanized seller handle; no Chinese-character name/USCC disclosed to search under. |
| 5 | WZLPH | Building 25, Yuhu Zhengrongjun, No. 655, Lilan M… | No company-name match (EMPTY_DATA) | not run | No | A | Romanized seller handle; no Chinese-character name/USCC disclosed to search under. |
| 6 | Jane Wu | No. 131, Yongzai, Mulan Village, Xialin Street C… | HIT — email-field match (false positive) | not run | No | A | Coincidental match on an unrelated entity's email field; no company-name match to 'Jane Wu'. |
| 7 | SPPsrthree | Room 804, Building 3, No. 189, Liyuan Middle Roa… | No company-name match (EMPTY_DATA) | not run | No | A | Romanized seller handle; no Chinese-character name/USCC disclosed to search under. |
| 9 | Sky stickers customized | Room D26, 3rd Floor, No. 4, Jiangyu South Street… | No company-name match (EMPTY_DATA) | not run | No | A | Romanized seller handle; no Chinese-character name/USCC disclosed to search under. |
| 12 | delicate gift one | No. 512, Ding Street, Gaiwei Village, Gaiwei Tow… | No company-name match (EMPTY_DATA) | not run | No | A | Romanized seller handle; no Chinese-character name/USCC disclosed to search under. |
| 14 | Sign CCV | Room 306, 3rd floor, Building 4, Area B, Xishan … | No company-name match (EMPTY_DATA) | not run | No | A | Romanized seller handle; no Chinese-character name/USCC disclosed to search under. |
| 15 | Beloved Art SHOP | Building 3, Area A, Doumen Community, No. 1888 S… | No company-name match (EMPTY_DATA) | not run | No | A | Romanized seller handle; no Chinese-character name/USCC disclosed to search under. |
| 16 | POOKER New Wall Art Collection | No. 1106, Building 2, Area A, Shuinan Commercial… | No company-name match (EMPTY_DATA) | not run | No | A | Romanized seller handle; no Chinese-character name/USCC disclosed to search under. |
| 17 | Las cosas buenas | No. 6 Xiangban Street, Ninghua Subdistrict, R&F … | No company-name match (EMPTY_DATA) | not run | No | A | Romanized seller handle; no Chinese-character name/USCC disclosed to search under. |
| 21 | AlchemyStream | Room 203, Unit 2, Building 13, Phase I, Fuhaiyua… | No company-name match (EMPTY_DATA) | not run | No | A | Romanized seller handle; no Chinese-character name/USCC disclosed to search under. |
| 25 | Tee Emporium | First floor, No. 16, Qiheng Lane, Xinfeng Middle… | No company-name match (EMPTY_DATA) | not run | No | A | Romanized seller handle; no Chinese-character name/USCC disclosed to search under. |
| 29 | ExquisiteEcoShop | YF17013, A203b, 2nd Floor, Huixingyuan, Phase I,… | No company-name match (EMPTY_DATA) | not run | No | A | Romanized seller handle; no Chinese-character name/USCC disclosed to search under. |
| 30 | ThreadAlchemy | First floor, No. 16, Qiheng Lane, Xinfeng Middle… | No company-name match (EMPTY_DATA) | not run | No | A | Romanized seller handle; no Chinese-character name/USCC disclosed to search under. |
| 31 | Ang Yuan | Room 202, Unit 2, Building 21, Xiazhu A District… | HIT — trademark-info match (false positive) | not run | No | A | Coincidental 商标信息匹配 to an unrelated entity; no company-name match to 'Ang Yuan'. |

| No. | Storefront | Platform Address (abbr.) | Name-search result | Address-search result | Exact-address match | Bucket | Notes |
|---|---|---|---|---|---|---|---|
| 35 | Timewirer | Room 68F226, Building A, No. 99, Fenghuang 4th R… | HIT — English-name match (false positive) | not run | No | A | Coincidental 英文名匹配; the sole candidate is a Hong Kong company, not a mainland-PRC registered entity, and does not match the seller. |
| 37 | HAOFHU | No. 2, Building 1, Ju'an Xingfucheng, No. 618, T… | No company-name match (EMPTY_DATA) | not run | No | A | Romanized seller handle; no Chinese-character name/USCC disclosed to search under. |
| 38 | VERIS VIGOR | Unit 1507B, 15/F, Eastcore, 398 Kwun Tong Road K… | No company-name match (EMPTY_DATA) | not run | No | A | Romanized seller handle; no Chinese-character name/USCC disclosed to search under. |
| 39 | NC M BR | Room 302-6, 3rd Floor, No. 95-1, Sandong Avenue,… | No company-name match (EMPTY_DATA) | not run | No | A | Romanized seller handle; no Chinese-character name/USCC disclosed to search under. |
| 40 | NCOOHRD | Room 302-6, 3rd Floor, No. 95-1, Sandong Avenue,… | No company-name match (EMPTY_DATA) | not run | No | A | Romanized seller handle; no Chinese-character name/USCC disclosed to search under. |
| 41 | DingshengWan | Shop 13, 1st Floor, Building 19, Area A, Xinquan… | HIT — company-name match (unverified) (false positive) | not run | No | A | A superficial name-token match with no verified link between the storefront handle 'DingshengWan' and any registered entity. |
| 44 | Dafu is me | Shop 13, 1st Floor, Building 19, Area A, Xinquan… | No company-name match (EMPTY_DATA) | not run | No | A | Romanized seller handle; no Chinese-character name/USCC disclosed to search under. |
| 47 | Fudala | Shop 13, 1st Floor, Building 19, Area A, Xinquan… | HIT — English-name match (false positive) | not run | No | A | Coincidental 英文名匹配 to an unrelated entity; no company-name match to 'Fudala'. |
| 48 | WeePlayAAJK | Room 402, 4th Floor, Building 5, Jiufuheyuan, Ji… | No company-name match (EMPTY_DATA) | not run | No | A | Romanized seller handle; no Chinese-character name/USCC disclosed to search under. |
| 49 | FYYWBABT local | Room 302, Unit 5, Building 19, Pingchou 2nd Dist… | No company-name match (EMPTY_DATA) | not run | No | A | Romanized seller handle; no Chinese-character name/USCC disclosed to search under. |
| 54 | Vivian D Home Pad | Room 1105, Building 1, E-commerce Industrial Par… | No company-name match (EMPTY_DATA) | not run | No | A | Romanized seller handle; no Chinese-character name/USCC disclosed to search under. |
| 56 | The Rug Edit | A829, Nanbei Road, Pingshan Subdistrict Office, … | No company-name match (EMPTY_DATA) | not run | No | A | Romanized seller handle; no Chinese-character name/USCC disclosed to search under. |
| 58 | ZIBAO PILLOW | No. SX84618, No. 151-6, No. 23, Yuanlin Avenue, … | No company-name match (EMPTY_DATA) | not run | No | A | Romanized seller handle; no Chinese-character name/USCC disclosed to search under. |
| 59 | Woven Warmth | A830, North-South Road, Pingshan Subdistrict Off… | No company-name match (EMPTY_DATA) | not run | No | A | Romanized seller handle; no Chinese-character name/USCC disclosed to search under. |
| 63 | JYN Homeshop | No. D0308, Headquarters Economic Zone, No. 23, M… | No company-name match (EMPTY_DATA) | not run | No | A | Romanized seller handle; no Chinese-character name/USCC disclosed to search under. |
| 65 | Trending Terrace | Shop 01, 1st Floor, No. 7, Lane 6, Xiayang Chang… | No company-name match (EMPTY_DATA) | not run | No | A | Romanized seller handle; no Chinese-character name/USCC disclosed to search under. |
| 68 | WJLAAST | No. 57, North Section of Tianwen Avenue, Luozhua… | No company-name match (EMPTY_DATA) | not run | No | A | Romanized seller handle; no Chinese-character name/USCC disclosed to search under. |
| 69 | FOYEAH | Room 663, 6th Floor, Yinhua Complex Building, No… | No company-name match (EMPTY_DATA) | not run | No | A | Romanized seller handle; no Chinese-character name/USCC disclosed to search under. |
| 71 | EverCart | Room 304, No. 29, Houpudongli, Huli District, Xi… | No company-name match (EMPTY_DATA) | not run | No | A | Romanized seller handle; no Chinese-character name/USCC disclosed to search under. |
| 73 | PTDAMAISHOP | Room 502, No. 5, Lane 82, Fengxiang Lane, Fenghu… | No company-name match (EMPTY_DATA) | not run | No | A | Romanized seller handle; no Chinese-character name/USCC disclosed to search under. |
| 74 | Xiaobaitu Bag Shop | Room 208, 4th Floor, Building 1, Xihong Communit… | No company-name match (EMPTY_DATA) | not run | No | A | Romanized seller handle; no Chinese-character name/USCC disclosed to search under. |
| 76 | NovelPage | Room 303, Unit 3, Building 26, Zongtang 2nd Dist… | No company-name match (EMPTY_DATA) | not run | No | A | Romanized seller handle; no Chinese-character name/USCC disclosed to search under. |

| No. | Storefront | Platform Address (abbr.) | Name-search result | Address-search result | Exact-address match | Bucket | Notes |
|---|---|---|---|---|---|---|---|
| 77 | pra | No. 3 Houwei, Shanxing Village, Pinghai Town Xiu… | HIT — trademark / shareholder-field match (false positive) | not run | No | A | All returns are 商标信息匹配 / 股东信息匹配 / 邮箱信息匹配 / 专利信息匹配 to unrelated large enterprises — including 普拉达时装商业（上海）有限公司 (Prada Shanghai) and 中国邮政储蓄银行 (Postal Savings Bank of China). |
| 78 | AaronMarco | No. 3 Houwei, Shanxing Village, Pinghai Town Xiu… | No company-name match (EMPTY_DATA) | not run | No | A | Romanized seller handle; no Chinese-character name/USCC disclosed to search under. |
| 79 | A Companion Cup | Room 1102, 1st Floor, Building 4, Qianshuiwan Ta… | HIT — English-name match (false positive) | not run | No | A | Sole return is 海丰县伴杯咖啡有限公司 (a Haifeng County coffee company), 英文名匹配, whose status is 注销 (cancelled, 2023-06-21). |
| 80 | Tribwear | No. 236, Huagong Road, Yuefeng Town, Jin'an Dist… | No company-name match (EMPTY_DATA) | not run | No | A | Romanized seller handle; no Chinese-character name/USCC disclosed to search under. |
| 81 | ArtSnooze | No. SX84617, No. 151-6, 2226No. 23, Yuanlin Aven… | No company-name match (EMPTY_DATA) | not run | No | A | Romanized seller handle; no Chinese-character name/USCC disclosed to search under. |