# Exhibit C

## EXHIBIT C — Address-Search Screenshots

Exhibit C shows the address search result by defendant in Schedule A numeric order.

For each defendant that disclosed an address, the record comprises a Google Web search, a Google Maps resolution of the disclosed address (captured July 23, 2026). For every one of the forty-six defendants that disclosed a Chinese address, an independent search of the disclosed address on Baidu Maps (百度地图), China's dominant native mapping platform (captured July 28, 2026). Baidu Maps returned "未找到相关地点" (no relevant location found) for every one of the forty-six disclosed Chinese addresses, without exception. Defendants Nos. 87 and 90 are United States PayPal defendants for which only Google Web and Google Maps captures were taken.

**No. 1 — A133**

**Stated address:** "暖水村东门外二区 3 号 龙头山乡 上饶市 江西 334200 CN"

**Google Web search**



**Google Maps**



**Baidu Maps (百度地图) — result: 未找到相关地点 (no relevant location found)**

3



**Amap (高德地图)**



**No. 2 — ZQYNKH**

**Stated address:** "Building 25, Yuhu Zhengrongjun, No. 655, Lilan Middle Road, Gongchen Street, Licheng District, Putian City, Fujian Province Licheng District 351100 Fujian Province, Putian City China"

**Google Web search**



**Google Maps**



**Baidu Maps (百度地图) — result: 未找到相关地点 (no relevant location found)**



**No. 5 — WZLPH**

**Stated address:** "Building 25, Yuhu Zhengrongjun, No. 655, Lilan Middle Road, Gongchen Street, Licheng District, Putian City, Fujian Province Licheng District 351100 Fujian Province, Putian City China"

**Google Web search**

*(Shared-address capture — the same image as No. 2; a single search of the shared address, not an independent search.)*



**Google Maps**



**Baidu Maps (百度地图) — result: 未找到相关地点 (no relevant location found)**



**No. 6 — Jane Wu**

**Stated address:** "No. 131, Yongzai, Mulan Village, Xialin Street Chengxiang District 351100 Fujian Province, Putian City China"

**Google Web search**



**Google Maps**



**Baidu Maps (百度地图) — result: 未找到相关地点 (no relevant location found)**



### No. 7 — SPPsrthree

**Stated address:** "Room 804, Building 3, No. 189, Liyuan Middle Road, Gongchen Street, Licheng District, Putian City, Fujian Province Licheng District 351100 Fujian Province, Putian City China"

**Google Web search**



**Google Maps**



**Baidu Maps (百度地图) — result: 未找到相关地点 (no relevant location found)**



**No. 9 — Sky stickers customized**

**Stated address:** "Room D26, 3rd Floor, No. 4, Jiangyu South Street, Jiangdong Village, Dalong Street, Panyu District, Guangzhou Panyu District 511400 Guangdong Province, Guangzhou City China"

**Google Web search**



**Google Maps**



**Baidu Maps (百度地图) — result: 未找到相关地点 (no relevant location found)**



**No. 12 — delicate gift one**

**Stated address:** "No. 512, Ding Street, Gaiwei Village, Gaiwei Town Xianyou County 351200 Fujian Province, Putian City China"

**Google Web search**



**Google Maps**



**Baidu Maps (百度地图) — result: 未找到相关地点 (no relevant location found)**

15



**No. 14 — Sign CCV**

**Stated address:** "Room 306, 3rd floor, Building 4, Area B, Xishan Community, No. 1128, Dongyuan West Road, Longqiao Subdistrict Chengxiang District 351100 Fujian Province, Putian City China"

**Google Web search**



**Google Maps**



**Baidu Maps (百度地图) — result: 未找到相关地点 (no relevant location found)**



## No. 15 — Beloved Art SHOP

**Stated address:** "Building 3, Area A, Doumen Community, No. 1888 Shangqin Street, Gongchen Street, Licheng District, Putian City, Fujian Province Licheng District 351100 Fujian Province, Putian City China"

**Google Web search**



**Google Maps**



**Baidu Maps (百度地图) — result: 未找到相关地点 (no relevant location found)**



### No. 16 — POOKER New Wall Art Collection

**Stated address:** "No. 1106, Building 2, Area A, Shuinan Commercial and Residential Plaza, No. 115, Qinglan Road, Huangshi Town, Licheng District, Putian City, Fujian Province Licheng District 351100 Fujian Province, Putian City China"

**Google Web search**



**Google Maps**



**Baidu Maps (百度地图) — result: 未找到相关地点 (no relevant location found)**



22

### No. 17 — Las cosas buenas

**Stated address:** "No. 6 Xiangban Street, Ninghua Subdistrict, R&F Business Center, Building B3, 24th Floor, Business Office 16 Taijiang District 350004 Fujian Province, Fuzhou City China"

**Google Web search**



**Google Maps**



**Baidu Maps (百度地图) — result: 未找到相关地点 (no relevant location found)**

23

24



### No. 21 — AlchemyStream

**Stated address:** "Room 203, Unit 2, Building 13, Phase I, Fuhaiyuan, East side of Yanshun Road, South side of Jinglong North Road, Yanjiao Sanhe City 65200 Hebei Province, Langfang City China"

**Google Web search**



**Google Maps**



**Baidu Maps (百度地图) — result: 未找到相关地点 (no relevant location found)**



**No. 25 — Tee Emporium**

**Stated address:** "First floor, No. 16, Qiheng Lane, Xinfeng Middle Road, Lianjiang City Lianjiang City 524400 Guangdong Province, Zhangjiang City China"

**Google Web search**



**Google Maps**



**Baidu Maps (百度地图) — result: 未找到相关地点 (no relevant location found)**



## No. 29 — ExquisiteEcoShop

**Stated address:** "YF17013, A203b, 2nd Floor, Huixingyuan, Phase I, Yinhe Harbor, Antang Street Yuncheng District 527300 Guangdong Province, Yunfu City China"

**Google Web search**



**Google Maps**



**Baidu Maps (百度地图) — result: 未找到相关地点 (no relevant location found)**

29



### No. 30 — ThreadAlchemy

**Stated address:** "First floor, No. 16, Qiheng Lane, Xinfeng Middle Road, Lianjiang City Lianjiang City 524400 Guangdong Province, Zhangjiang City China"

### Google Web search



### Google Maps



**Baidu Maps (百度地图) — result: 未找到相关地点 (no relevant location found)**



**No. 31 — Ang Yuan**

**Stated address:** "Room 202, Unit 2, Building 21, Xiazhu A District, Jiangdong Street Yiwu City 322000 Zhejiang Province, Jinhua City China"

**Google Web search**



**Google Maps**



**Baidu Maps (百度地图) — result:** 未找到相关地点 **(no relevant location found)**

33



### No. 35 — Timewirer

**Stated address:** "Room 68F226, Building A, No. 99, Fenghuang 4th Road, Jiufo Street, Huangpu District, Guangzhou Huangpu District 510700 Guangdong Province, Guangzhou City China"

**Google Web search**



**Google Maps**



**Baidu Maps (百度地图) — result: 未找到相关地点 (no relevant location found)**



36

### No. 37 — HAOFHU

**Stated address:** "No. 2, Building 1, Ju'an Xingfucheng, No. 618, Tongxin West Road, Xitianwei Town, Licheng District, Putian City, Fujian Province Licheng District 351100 Fujian Province, Putian City China"

**Google Web search**



**Google Maps**



**Baidu Maps (百度地图) — result: 未找到相关地点 (no relevant location found)**



### No. 38 — VERIS VIGOR

**Stated address:** "Unit 1507B, 15/F, Eastcore, 398 Kwun Tong Road Kwun Tong District 999077 Hong Kong Special Administrative Region, Kowloon China"

**Google Web search**



**Google Maps**



**Baidu Maps (百度地图) — result: 未找到相关地点 (no relevant location found)**



### No. 39 — NC M BR

**Stated address:** "Room 302-6, 3rd Floor, No. 95-1, Sandong Avenue, Huacheng Street, Huadu District, Guangzhou Huadu District 510800 Guangdong Province, Guangzhou City China"

**Google Web search**



**Google Maps**



**Baidu Maps (百度地图) — result: 未找到相关地点 (no relevant location found)**

41



### No. 40 — NCOOHRD

**Stated address:** "Room 302-6, 3rd Floor, No. 95-1, Sandong Avenue, Huacheng Street, Huadu District, Guangzhou Huadu District 510800 Guangdong Province, Guangzhou City China"

**Google Web search**

*(Shared-address capture — the same image as No. 39; a single search of the shared address, not an independent search.)*



**Google Maps**



**Baidu Maps (百度地图) — result: 未找到相关地点 (no relevant location found)**

43

*(Shared-address capture — the same image as No. 39; a single search of the shared address, not an independent search.)*



### No. 41 — DingshengWan

**Stated address:** "Shop 13, 1st Floor, Building 19, Area A, Xinquan Xinyuan (now Tianbao Community), No. 376, Jiangcuo Road, Wufeng Street, Gulou District, Fuzhou City, Fujian Province376A)19#113-1 Gulou District 350000 Fujian Province, Fuzhou City China"

**Google Web search**



**Google Maps**



**Baidu Maps (百度地图) — result: 未找到相关地点 (no relevant location found)**



**No. 44 — Dafu is me**

**Stated address:** "Shop 13, 1st Floor, Building 19, Area A, Xinquan Xinyuan (now Tianbao Community), No. 376, Jiangcuo Road, Wufeng Street, Gulou District, Fuzhou City, Fujian Province376A)19#113-1 Gulou District 350000 Fujian Province, Fuzhou City China"

**Google Web search**

*(Shared-address capture — the same image as No. 41; a single search of the shared address, not an independent search.)*



**Google Maps**

*(Shared-address capture — the same image as No. 41; a single search of the shared address, not an independent search.)*



47

**Baidu Maps (百度地图) — result: 未找到相关地点 (no relevant location found)**

*(Shared-address capture — the same image as No. 41; a single search of the shared address, not an independent search.)*



### No. 47 — Fudala

**Stated address:** "Shop 13, 1st Floor, Building 19, Area A, Xinquan Xinyuan (now Tianbao Community), No. 376, Jiangcuo Road, Wufeng Street, Gulou District, Fuzhou City, Fujian Province376A)19#113-1 Gulou District 350000 Fujian Province, Fuzhou City China"

### Google Web search

*(Shared-address capture — the same image as No. 41; a single search of the shared address, not an independent search.)*



### Google Maps

*(Shared-address capture — the same image as No. 41; a single search of the shared address, not an independent search.)*



**Baidu Maps (百度地图) — result: 未找到相关地点 (no relevant location found)**

*(Shared-address capture — the same image as No. 41; a single search of the shared address, not an independent search.)*



50

### No. 48 — WeePlayAAJK

**Stated address:** "Room 402, 4th Floor, Building 5, Jiufuheyuan, Jiangdong Street, Yiwu City, Jinhua City, Zhejiang Province Yiwu City 322000 Zhejiang Province, Jinhua City China"

**Google Web search**



**Google Maps**



**Baidu Maps (百度地图) — result: 未找到相关地点 (no relevant location found)**



### No. 49 — FYYWBABT local

**Stated address:** "Room 302, Unit 5, Building 19, Pingchou 2nd District, Jiangdong Street, Yiwu City, Zhejiang Province (self-declaration) Yiwu City 322000 Zhejiang Province, Jinhua City China"

**Google Web search**



**Google Maps**



**Baidu Maps (百度地图) — result: 未找到相关地点 (no relevant location found)**



### No. 54 — Vivian D Home Pad

**Stated address:** "Room 1105, Building 1, E-commerce Industrial Park, No. 28-1, Donghu Avenue, Majiadian Street, Workstation 4-0264 Zhijiang City 443200 Hubei Province, Yichang City China"

**Google Web search**



**Google Maps**



**Baidu Maps (百度地图) — result: 未找到相关地点 (no relevant location found)**



**No. 56 — The Rug Edit**

**Stated address:** "A829, Nanbei Road, Pingshan Subdistrict Office, Luquan Yi and Miao Autonomous County, Kunming City, Yunnan Province Luquan Yi and Miao Autonomous County 651500 Yunnan Province, Kunming City China"

**Google Web search**



**Google Maps**



**Baidu Maps (百度地图) — result: 未找到相关地点 (no relevant location found)**



**No. 58 — ZIBAO PILLOW**

**Stated address:** "No. SX84618, No. 151-6, No. 23, Yuanlin Avenue, Lucheng Street, Yidu City, Yichang City, Hubei Province (operator on the platform) Yidu City 443300 hubei province, Yichang City China"

**Google Web search**



**Google Maps**



**Baidu Maps (百度地图) — result: 未找到相关地点 (no relevant location found)**



60

### No. 59 — Woven Warmth

**Stated address:** "A830, North-South Road, Pingshan Subdistrict Office, Luquan Yi and Miao Autonomous County, Kunming City, Yunnan Province Luquan Yi and Miao Autonomous County 651500 Yunnan Province, Kunming City China"

### Google Web search



### Google Maps
*(Shared-address capture — the same image as No. 56; a single search of the shared address, not an independent search.)*



**Baidu Maps (百度地图) — result: 未找到相关地点 (no relevant location found)**

61



### No. 63 — JYN Homeshop

**Stated address:** "No. D0308, Headquarters Economic Zone, No. 23, Mei'an 1st Street, Mei'an Ecological Technology New Town, National High- tech Industrial Development Zone, Haikou City, Hainan Province other districts 570100 Hainan, Haikou China"

**Google Web search**



**Google Maps**



**Baidu Maps (百度地图) — result: 未找到相关地点 (no relevant location found)**



## No. 65 — Trending Terrace

**Stated address:** "Shop 01, 1st Floor, No. 7, Lane 6, Xiayang Changhe Road, Xiaobian Community Chang'an Town 523850 Guangdong Province, Dongguan city China"

**Google Web search**



**Google Maps**



**Baidu Maps (百度地图) — result: 未找到相关地点 (no relevant location found)**

65



66

**No. 68 — WJLAAST**

**Stated address:** "No. 57, North Section of Tianwen Avenue, Luozhuang Town, Dengzhou City, Nanyang City, Henan Province Dengzhou City 474150 Henan Province, Nanyang City China"

**Google Web search**



**Google Maps**



**Baidu Maps (百度地图) — result: 未找到相关地点 (no relevant location found)**



**No. 69 — FOYEAH**

**Stated address:** "Room 663, 6th Floor, Yinhua Complex Building, No. 119, Liuyi Middle Road, Shuibu Street, Gulou District, Fuzhou City, Fujian Province Gulou District 350000 Fujian Province, Fuzhou City China"

**Google Web search**



**Google Maps**



**Baidu Maps (百度地图) — result: 未找到相关地点 (no relevant location found)**



70

**No. 71 — EverCart**

**Stated address:** "Room 304, No. 29, Houpudongli, Huli District, Xiamen Huli District 361006 Fujian Province, Xiamen City China"

**Google Web search**



**Google Maps**



**Baidu Maps (百度地图) — result: 未找到相关地点 (no relevant location found)**

71



### No. 73 — PTDAMAISHOP

**Stated address:** "Room 502, No. 5, Lane 82, Fengxiang Lane, Fenghuangshan Street, Chengxiang District, Putian City, Fujian Province Chengxiang District 351100 Fujian Province, Putian City China"

**Google Web search**



**Google Maps**



**Baidu Maps (百度地图) — result: 未找到相关地点 (no relevant location found)**



### No. 74 — Xiaobaitu Bag Shop

**Stated address:** "Room 208, 4th Floor, Building 1, Xihong Community, No. 570, Xihong North Street, Gongshichen Subdistrict Licheng District 351100 Fujian Province, Putian City China"

**Google Web search**



**Google Maps**



**Baidu Maps (百度地图) — result: 未找到相关地点 (no relevant location found)**

75



### No. 76 — NovelPage

**Stated address:** "Room 303, Unit 3, Building 26, Zongtang 2nd District, Jiangdong Street, Yiwu City, Jinhua City, Zhejiang Province (self-declaration) Yiwu City 322000 Zhejiang Province, Jinhua City China"

**Google Web search**



**Google Maps**



**Baidu Maps (百度地图) — result: 未找到相关地点 (no relevant location found)**

Case: 1:26-cv-04405 Document #: 32-4 Filed: 08/11/26 Page 78 of 94 PageID #:486



**No. 77 — pra**

**Stated address:** "No. 3 Houwei, Shanxing Village, Pinghai Town Xiuyu District 351152 Fujian Province, Putian City China"

**Google Web search**



**Google Maps**



**Baidu Maps (百度地图) — result: 未找到相关地点 (no relevant location found)**



### No. 78 — AaronMarco

**Stated address:** "No. 3 Houwei, Shanxing Village, Pinghai Town Xiuyu District 351152 Fujian Province, Putian City China"

**Google Web search**



**Google Maps**



**Baidu Maps (百度地图) — result: 未找到相关地点 (no relevant location found)**

81



### No. 79 — A Companion Cup

**Stated address:** "Room 1102, 1st Floor, Building 4, Qianshuiwan Taoyuan, No. 1699, Xiadian Road, Gongchen Street, Licheng District, Putian City, Fujian Province Licheng District 351100 Fujian Province, Putian City China"

**Google Web search**



**Google Maps**



**Baidu Maps (百度地图) — result: 未找到相关地点 (no relevant location found)**



85

**No. 80 — Tribwear**

**Stated address:** "No. 236, Huagong Road, Yuefeng Town, Jin'an District, Fuzhou City, Fujian Province (north side of the original Huagong Road), Taihe Business Center (Zone 1), East Second Ring Road,

Taihe City Plaza East District C Block 2# Building 12th Floor 19 Business Office Jin'an District 350011 Fujian Province, Fuzhou City China"

**Google Web search**



**Google Maps**



**Baidu Maps (百度地图) — result: 未找到相关地点 (no relevant location found)**



**No. 81 — ArtSnooze**

**Stated address:** "No. SX84617, No. 151-6, 2226No. 23, Yuanlin Avenue, Lucheng Street, Yidu City, Yichang City, Hubei Province (operator on the platform Yidu City 443300 hubei province, Yichang City China"

**Google Web search**



**Google Maps**



**Baidu Maps (百度地图) — result: 未找到相关地点 (no relevant location found)**

88



**No. 87 — mazingtees.shop [TBD]**

**Stated address:** 234 Front Street, San Francisco, CA, 94111, US

**Google Web search**



**Google Maps**



91

**No. 90 — nemoshirt**

**Stated address:** "423 West Broadway, Boston, Massachusetts, 02127, United States"

**Google Web search**



**Google Maps**



92

**No. 92 — batesmotel.store**

**Stated address:** "36 NGO 257 THANH NHAN, THANH NHAN, HAI BA TRUNG, Hà Nội, 100000, VN"

**Google Web search**



**Google Maps**

93



VietMap

