**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHRISTIAN JOHN KENDALL,<br><br>               Plaintiff,<br><br>    v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>               Defendants. | Case No. 26-cv-04405<br><br>**Judge Joan H. Lefkow**<br><br>**Magistrate Judge Gabriel A. Fuentes** |

**DEFAULT FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiff CHRISTIAN JOHN KENDALL ("Kendall" or "Plaintiff") against the defendants identified on Schedule A, and using the Online Marketplace Accounts identified on Schedule A (collectively, the "Defendant Internet Stores"), and Kendall having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

Kendall having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants, having answered or appeared in any way, and the time for answering having expired, the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants have not challenged personal jurisdiction and it is reasonable to infer personal jurisdiction based on Defaulting Defendants' directly targeting their business activities toward consumers in the United States, including Illinois. Specifically, Kendall has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing versions of Kendall's federally registered copyrights, which are protected by United State Copyright Registration Nos. VA 2-461-981; VA 2-461-965; VA 2-461-955; VA 2-461-964; VA 2-461-960; and VA 2-461-938 (the "Christian Kendall Works") to residents of Illinois.

This Court further finds that Defaulting Defendants are liable for willful federal copyright infringement (17 U.S.C. § 504).

Accordingly, this Court orders that Kendall's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Final Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

   a. using the Christian Kendall Works or any reproductions, infringing copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Christian Kendall product or not authorized by Kendall to be sold in connection with the Christian Kendall Works;

2

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Christian Kendall product or any other product produced by Kendall, that is not Kendall's or not produced under the authorization, control, or supervision of Kendall and approved by Kendall for sale under the Christian Kendall Works;

c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Kendall, or are sponsored by, approved by, or otherwise connected with Kendall; and

d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Kendall, nor authorized by Kendall to be sold or offered for sale, and which bear any of Kendall's copyrights, including the Christian Kendall Works, or any reproductions, infringing copies or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Defendant Internet Stores, including, without limitation, any online marketplace platforms such as Amazon Payments, Inc. ("Amazon"), Temu, LLC ("Temu"), eBay, Inc. ("eBay"), and PayPal, Inc. ("PayPal") (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Defendant Internet Stores, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell infringing goods using the Christian Kendall Works; and

3

b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Christian Kendall Works or any reproductions, infringing copies, or colorable imitations thereof that is not a genuine Christian Kendall product or not authorized by Kendall to be sold in connection with the Christian Kendall Works.

3. Upon Kendall's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall, within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of infringing goods using the Christian Kendall Works.

4. Pursuant to 17 U.S.C. § 504(c)(2), Kendall is awarded statutory damages from each of the Defaulting Defendants in the amount of fifty thousand Dollars ($50,000) for willful use of infringing Christian Kendall Works on products sold through at least the Defendant Internet Stores.

5. Any Third Party Providers holding funds for Defaulting Defendants, including Amazon, Temu, eBay, and PayPal, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6. All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as Amazon, Temu, eBay, and PayPal, are hereby released to Kendall as partial payment of the above-identified damages, and Third Party Providers,

4

including Amazon, Temu, eBay, and PayPal, are ordered to release to Kendall the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7. Until Kendall has recovered full payment of monies owed to Plaintiff by any Defaulting Defendant, Kendall shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8. In the event that Kendall identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Kendall may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at and any e-mail addresses provided for Defaulting Defendants by third parties.

This is a Default Final Judgment.

Dated: August 13, 2026

Joan H. Lefkow
United States District Judge

**Schedule A**

| No. | Defendants |
| --- | --- |
| 1 | A133 |
| 2 | ZQYNKH |
| 3 | WU BEI WEI Art |
| 4 | ZHHI SHOP |
| 5 | WZLPH |
| 6 | Jane Wu |
| 7 | SPPsrthree |
| 8 | QIU QIU Wall art |
| 9 | Sky stickers customized |
| 10 | SING sticker |
| 11 | Deco Sticker |
| 12 | delicate gift one |
| 13 | NanArtCrafts |
| 14 | Sign CCV |
| 15 | Beloved Art SHOP |
| 16 | POOKER New Wall Art Collection |
| 17 | Las cosas buenas |
| 18 | Quality Blanket Shop |
| 19 | WEI kkt |
| 20 | XH Art Decoration |
| 21 | AlchemyStream |
| 22 | supermarket oneone |
| 23 | Will pray and bless |
| 24 | SunnyNookHome |
| 25 | Tee Emporium |
| 26 | Aureno Fashion |
| 27 | LINWENCC |
| 28 | Yo Glod Tshirt |
| 29 | ExquisiteEcoShop |
| 30 | ThreadAlchemy |
| 31 | Ang Yuan |
| 32 | ALBAAY |
| 33 | LUSCINIAA |
| 34 | Flat flowers |
| 35 | Timewirer |

| 36 | damaijiaabcdd |
|----|---------------|
| 37 | HAOFHU |
| 38 | VERIS VIGOR |
| 39 | NC M BR |
| 40 | NCOOHRD |
| 41 | DingshengWan |
| 42 | WDSS |
| 43 | STRUCTURE BEAUTY |
| 44 | Dafu is me |
| 45 | EasyPeasy |
| 46 | MI GLASSWARE |
| 47 | Fudala |
| 48 | WeePlayAAJK |
| 49 | FYYWBABT local |
| 50 | MatKing |
| 51 | CC Homeshop |
| 52 | Zesteew |
| 53 | Kaled |
| 54 | Vivian D Home Pad |
| 55 | Floormagic |
| 56 | The Rug Edit |
| 57 | MUSHROOM DIAN |
| 58 | ZIBAO PILLOW |
| 59 | Woven Warmth |
| 60 | TT MATS LAND |
| 61 | lomenyone |
| 62 | Zailin Life |
| 63 | JYN Homeshop |
| 64 | smartseleone |
| 65 | Trending Terrace |
| 66 | Damfsty |
| 67 | luxe one |
| 68 | WJLAAST |
| 69 | FOYEAH |
| 70 | Group consumer price |
| 71 | EverCart |
| 72 | Global Textile Hut |

| 73 | PTDAMAISHOP |
|----|-------------|
| 74 | Xiaobaitu Bag Shop |
| 75 | Dumpling Floor |
| 76 | NovelPage |
| 77 | pra |
| 78 | AaronMarco |
| 79 | A Companion Cup |
| 80 | Tribwear |
| 81 | ArtSnooze |
| 82 | Altverse |
| 83 | rezky.umaeroh |
| 84 | gorat80 |
| 85 | adilt2 |
| 86 | arimay_54 |
| 87 | mazingtees.shop |
| 88 | nerdoutloudpod |
| 89 | geekzmerch |
| 90 | nemoshirt |
| 91 | mazezy.com |
| 92 | batesmotel.store |